**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1356

WILLIAM N. DEVLIN, and wife; CARRI A. LUCKSAVAGE,

            Plaintiffs - Appellants,

        v.

WELLS FARGO BANK, N.A.,

            Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, District Judge.  (1:12-cv-00388-MR)

Submitted:  October 29, 2014        Decided:  November 12, 2014

Before WILKINSON, NIEMEYER, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David Ray Payne, DAVID R. PAYNE, PA, Asheville, North Carolina, for Appellants.  Kenneth B. Oettinger, Jr., B. Chad Ewing, Lee Davis Williams, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Plaintiffs, William N. Devlin and Carri A. Lucksavage, appeal the district court's order granting Defendant, Wells Fargo Bank, N.A.'s, motion to dismiss their claims for breach of the duty of good faith and fair dealing, fraud, deceptive trade practices, and injunctive relief. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. Devlin v. Wells Fargo Bank, N.A., No. 1:12-cv-00388-MR (W.D.N.C. Mar. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED